IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VOXPATH NETWORKS, INC., | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | CASE NO. 4:08cv127 |
| | § | |
| | § | |
| VERIZON COMMUNICATIONS, INC., | § | |
| ET AL., | § | |
| Defendants. | § | |

## ORDER

On March 4, 2009, the Court conducted a hearing on Defendants' Motion to Compel Voxpath to Provide Infringement Contentions that Comply With Patent Rule 3-1 (Dkt. 179) and Defendants' Motion for Protective Order (Dkt. 180), these matters having been referred to the undersigned by the Honorable Richard A. Schell (see Dkt. 203). Having heard and considered the arguments of counsel, and as set forth fully on the record at the hearing, the Court finds that the motions should be GRANTED in part and DENIED in part.

Defendants are ordered to produce the following documents and information within 14 days of the date of this Order:

1. User manuals and manuals used by technicians for the Accused Products identified by Plaintiff in its PR3-1 Infringement Contentions ("Accused Products").

2. Technical specification documents that describe the operation of the Accused Products including, but not limited to, the SBCs.

3. Schematic design documents for the Accused Products.

Within 21 days of the date of this Order, Defendants are ordered to produce the following documents and information:

1. Representative SIP traces (at least 3) sufficient to show registration and call set up processes for both internal communications and external communications for each standard configuration of the Accused Products as implemented in the ordinary course of business without modification.

2. The source code for the SBCs of each Accused Product.

Plaintiffs shall supplement their infringement contentions within 21 days of the latest round of production. Defendants shall file any supplemental invalidity contentions within 14 days of service of the supplemental infringement contentions. Defendants shall also serve their good faith responses to Plaintiffs' interrogatories within 14 days of service of the supplemental infringement contentions.

**SO ORDERED.**

**SIGNED this 4th day of March, 2009.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE